PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00113-NODJ-BAM |
| Plaintiff, | |
| v. | **STIPULATION TO SET CHANGE OF PLEA HEARING AND ORDER THEREON** |
| GABRIEL RUIZ DE CHAVEZ, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On May 29, 2024, the defendant signed a plea agreement and attached factual basis.

2. On May 30, 2024, the government filed an Information charging the defendant with one count of violating 18 U.S.C. 1343 – Wire Fraud, and a forfeiture allegation. [ECF 1.] The signed plea agreement was filed with the Court the same day. [ECF 2.] The defendant also signed a Waiver of Indictment, which was filed with the Court. [ECF 3.] On June 3, 2024, the Court signed and issued a protective order regarding discovery. [ECF 4.]

3. On May 30, 2024, the parties reached out to the Court for available dates to set a Change of Plea Hearing and Arraignment on the Information. Now, after meeting and conferring, the parties agree to set the Change of Plea hearing and Arraignment on the Information on July 15, 2024, on the No District Judge calendar. This date was cleared by the Court clerk.

1

4. The parties also entered into a tolling agreement on March 29, 2024, and a second tolling agreement on June 12, 2024. The agreement tolled the statute of limitations between March 25, 2024, and September 29, 2024, related to a Federal Bureau of Investigation's investigation arising out of a scheme to defraud in violation of 18 U.S.C. 1343 – Wire Fraud.

IT IS SO STIPULATED.

Dated: June 17, 2024

PHILLIP A. TALBERT
United States Attorney

By: */s/ Cody Chapple*
CODY S. CHAPPLE
Assistant United States Attorney

Dated: June 17, 2024

*/s/ Nicholas F. Reyes*
NICHOLAS F. REYES
Attorney for Defendant
GABRIEL RUIZ DE CHAVEZ

# ORDER

IT IS HEREBY ORDERED that, after reviewing the Stipulation by the parties, the Arraignment on the Information and Change of Plea hearing in the case numbered 1:24-CR-00113-NODJ-BAM shall be set on **July 15, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **June 17, 2024**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

2