PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL RUIZ DE CHAVEZ,<br><br>Defendant. | CASE NO. 1:24-CR-00113-NODJ-BAM<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER THEREON** |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On May 29, 2024, the defendant signed a plea agreement and attached factual basis. On May 30, 2024, the government filed an Information charging the defendant with one count of violating 18 U.S.C. 1343 – Wire Fraud, and a forfeiture allegation. [ECF 1.] The signed plea agreement was filed with the Court the same day. [ECF 2.] On July 17, 2024, the defendant entered a guilty plea and the Court set the sentencing hearing on November 6, 2024. [ECF 11.]

2. On October 26, 2024, the parties met and conferred, and defense counsel requested a reasonable continuance of the sentencing hearing to allow for effective preparation before the hearing. The parties agreed to a reasonable continuance of the sentencing hearing from November 6, 2024, to the

///

///

1

next available date on November 20, 2024, to provide defendant with reasonable time for effective preparation before sentencing. This date was cleared by the Court clerk.

        IT IS SO STIPULATED.

| | |
|---|---|
| Dated: October 28, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | By:  */s/ Cody Chapple*<br>      CODY S. CHAPPLE<br>      Assistant United States Attorney |
| Dated: October 28, 2024 | */s/ Nicholas F. Reyes*<br>NICHOLAS F. REYES<br>Attorney for Defendant<br>GABRIEL RUIZ DE CHAVEZ |

## **O R D E R**

    IT IS HEREBY ORDERED that, after reviewing the Stipulation by the parties, the Sentencing Hearing on November 6, 2024, in the case numbered 1:24-CR-00113-NODJ-BAM, shall be continued to **November 20, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judg**e, to provide defendant with reasonable time for effective preparation.

IT IS SO ORDERED.

    Dated:  **October 28, 2024**            /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE